David Blinn
Transactions in FXCM Inc.
Class Period: March 15, 2012-February 6, 2017

| Date | Transaction | Quantity | Price Per Security | Cost/Proceeds |
|---|---|---|---|---|
| 1/21/2015 | Purchase | 1000 | $1.9500 | $1,959.99 |
| 1/21/2015 | Purchase | 1000 | $2.2190 | $2,228.99 |
| 1/22/2015 | Purchase | 1000 | $2.6990 | $2,708.99 |
| 1/23/2015 | Purchase | 1,000 | $2.6500 | $2,659.99 |
| 1/23/2015 | Purchase | 1,000 | $2.0790 | $2,088.99 |
| 3/18/2015 | Purchase | 200 | $2.1888 | $447.75 |
| 3/19/2015 | Purchase | 95 | $2.0799 | $207.58 |
| 4/30/2015 | Purchase | 1,500 | $1.9793 | $2,978.94 |
| 5/6/2015 | Purchase | 1,000 | $1.8793 | $1,889.29 |
| 5/22/2016 | Purchase | 1,000 | $1.2299 | $1,239.89 |
| 6/8/2015 | Purchase | 3,000 | $1.6369 | $4,920.69 |
| 7/23/2015 | Purchase | 100 | $1.0276 | $112.75 |
| 2/8/2017 | Sale | 1,189 | $2.7650 | $3,277.52 |