IH-32                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

DAVID BLINN, Individually and on Behalf
of All others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| FXCM INC., DROR NIV, and ROBERT N. LANDE, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

TONY KHOURY, Individually and on
Behalf of All Others Simiarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:17-cv-00916-RA |
| FXCM INC., DROR NIV, and ROBERT N. LANDE | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open  (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 2/7/2017, summons issued, Magistrate Judge Ronnie Abrams assigned, Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/ Shannon L. Hopkins     Date: 2/10/2017

Firm: Levi & Korsinsky LLP