# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BLINN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>- against-<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>    Defendants. | CASE NO. 1:17-cv-01028 -RA<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants FXCM Inc. (n/k/a Global Brokerage, Inc.), Dror Niv and Robert N. Lande.

Dated:  March 30, 2017

                Respectfully Submitted,

                /s/ *Israel Dahan*
                Israel Dahan (Lead Attorney)
                idahan@kslaw.com
                KING & SPALDING LLP
                1185 Avenue of the Americas
                New York, NY  10036
                (212) 556-2100

                *Attorney for Defendants*
                *FXCM Inc., Dror Niv and Robert N. Lande*