## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>[PROPOSED] PRETRIAL SCHEDULING ORDER |
| This Document Relates To: All Actions | |

This matter comes before the Court on the parties' joint letter, filed August 26, 2022, proposing a schedule of events including and relating to the joint pretrial order. Upon review of the parties' proposal, the Court establishes the following deadlines in this matter:

1. On or by October 14, 2022:

   a. Plaintiffs shall serve on Defendants an initial draft of the joint pretrial order, including the information required under Fed. R. Civ. P. 26(a)(3) and the items listed under Sections 6(A) of Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules"), as well as an initial draft of the joint proposed *voir dire* questions, verdict form, and jury instructions, per Section 6(B)(iii) of the Individual Rules; and

   b. Defendants shall serve on Plaintiffs their initial lists of trial witnesses, designations of deposition testimony, and list of exhibits as contemplated by Sections 6(A)(viii)-(x) of the Individual Rules and Fed. R. Civ. P. 26(a)(3).

2. On or by November 14, 2022:

   a. Defendants shall serve on Plaintiffs their proposed mark-ups of the draft joint pretrial order and the draft joint proposed *voir dire* questions, verdict form, and jury instructions; and

   b. The Parties shall exchange counter-designations and objections to the opposing parties' initial submissions under Sections 6(A)(viii)-(x) of the Individual Rules and Fed. R. Civ. P. 26(a)(3).

3. On or by December 14, 2022:

   a. The Parties shall finalize, and Plaintiffs shall file, a final joint pretrial order and joint proposed *voir dire* questions, verdict form, and jury instructions; and

1

      b. The Parties shall file and serve any motions *in limine* or pretrial memoranda contemplated by Section 6(B)(i)-(ii) of the Individual Rules.

      c. The Parties shall submit to the Court and serve on opposing counsel, but not file, all documentary exhibits.

4. On or by January 25, 2023, the Parties shall file any objections or documents in opposition as contemplated by Section 6(D) of the Individual Rules.

**By September 6, 2022, the parties shall notify the Court of their joint availability for trial during the month of February 2022 as well as the anticipated length of trial.**

SO ORDERED.

Dated: August 29, 2022
New York, New York

Hon. Ronnie Abrams
United States District Judge

2